# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>        Plaintiff,<br><br>      v.<br><br>KAMBIZ BASETVAT, Trustee of the Kambiz Basetvat & Houri D. Talebi Revocable Living Trust dated July 20, 2015; HOURI D. TALEBI, Trustee of the Kambiz Basetvat & Houri D. Talebi Revocable Living Trust dated July 20, 2015; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-02580-DSF-AGR<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  March 25, 2021<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Kambiz Basetvat and Houri D. Talebi is dismissed with prejudice. Each party will be responsible for its own fees and costs.

IT IS SO ORDERED.

DATED: August 4, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE